# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Afghan American Army Services Corporation ) ASBCA Nos. 58607, 58922
)
Under Contract No. W91B4N-10-D-5000 )

APPEARANCES FOR THE APPELLANT: Philip J. Davis, Esq.
William M. Novak, Esq.
Brian G. Walsh, Esq.
Laura E. Sherman, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
LTC Gregg A. Engler, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 4 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58607, 58922, Appeals of Afghan American Army Services Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals